# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNUM Group
1 Fountain Square
Chattanooga, TN 37402

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Marvin L. Horton

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
04/14/2016 at 04:04:54 PM
Clerk of the Superior Court
By Jessica Pascual, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
330 West Broadway
San Diego   CA   92101

**CASE NUMBER:**
*(Número del Caso):*
37-2016-00012382-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John Robert Unruh            415-335-6417            SBN 254662
Law Office of John Robert Unruh
San Francisco                CA   94111

**DATE:** 04/15/2016       Clerk, by  *J. Pascual*  , Deputy
*(Fecha)*                  *(Secretario)*            *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* UNVM Group
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**         CEB

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
The Paul Revere Life Insurance Company
1 Mercantile Street
Worcester, MA 01608

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Marvin L. Horton

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
04/14/2016 at 04:04:54 PM
Clerk of the Superior Court
By Jessica Pascual, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
330 West Broadway
San Diego   CA   92101

**CASE NUMBER:**
*(Número del Caso):*
37-2016-00012392-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John Robert Unruh                           415-335-6417                    SBN 254662
Law Office of John Robert Unruh
San Francisco                               CA   94111

DATE: 04/15/2016              Clerk, by   *J. Pascual*      , Deputy
*(Fecha)*                     *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* The Paul Revere Life Company
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**        CEB        Code of Civil Procedure §§ 412.20, 465
                              *www.courtinfo.ca.gov*

**EXHIBIT A**

13

5/10/16 @ 4:5P

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
New York Life Insurance Company
51 Madison Avenue
New York, NY 10010

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Marvin L. Horton

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
**04/14/2016** at 04:04:54 PM
Clerk of the Superior Court
By Jessica Pascual, Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
330 West Broadway
San Diego    CA    92101

**CASE NUMBER:**
*(Número del Caso):*
37-2016-00012382-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John Robert Unruh    415-335-6417    SBN 254662
Law Office of John Robert Unruh
San Francisco    CA    94111

DATE: 04/15/2016    Clerk, by  *J. Pascual*  , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* New York Life Insurance Company
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**    CEB

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

---

**EXHIBIT A**
**14**

```
 1  John Robert Unruh SBN 254662
    Law Office of John Robert Unruh
 2  100 Pine Street, Suite 1250
    San Francisco, CA 94111
 3  415-335-6417
    john@jru-law.com
 4  Attorney for Plaintiff
    MARVIN L. HORTON
```

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
04/14/2016 at 04:04:54 PM
Clerk of the Superior Court
By Jessica Pascual, Deputy Clerk

IN THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MARVIN L. HORTON,<br><br>   Plaintiff,<br><br>   v.<br><br>UNUM GROUP, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and DOES 1 to 10 INCULSIVE,<br><br>   Defendants. | Case No.: 37-2016-00012382-CU-BC-CTL<br><br>COMPLAINT FOR DAMAGES<br><br>(Unlimited Civil) |

Plaintiff, MARVIN L. HORTON, alleges as follows:

I. GENERAL ALLEGATIONS

1. At all times relevant to this Complaint Plaintiff, MARVIN L. HORTON (hereafter "Plaintiff") was a resident of San Diego County, California.

2. At all times relevant to this Complaint Defendant, UNUM GROUP ("UNUM") was a corporation organized under statutes in the State of Delaware and actually doing business in California within the County of San Diego.

3. At all times relevant to this Complaint, Defendant THE PAUL REVERE LIFE INSURANCE COMPANY ("PAUL REVERE") was a corporation organized under statutes in the State of Massachusetts and actually doing business in California within the County of San Diego.

4. At all times relevant to this Complaint, Defendant NEW YORK LIFE INSURANCE COMPANY ("NEW YORK LIFE") was a corporation organized under statutes in the State of New York and actually doing business in California within the County of San Diego.

5. The true names and capacities of Defendants sued herein as Does 1 through 10, and each of them, is unknown and therefore Plaintiff sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each fictitiously named Defendant is negligent or otherwise responsible in some manner for the occurrences alleged in this Complaint and that Plaintiff's injuries and damages were legally caused by Defendants' negligence or other conduct.

6. At all times herein mentioned each of the Defendants was the agent and/or employee to each of the remaining Defendants, each of the Defendants was acting within the course and scope of this agency and employment, and each of the other remaining Defendants has ratified and approved the acts of its agent.

7. At all times herein mentioned, Plaintiff is informed and believes, and thereon alleges that the Defendants, and each of them, are and were insurance companies, were authorized to conduct and were conducting a general insurance business in California and were authorized to issue and administer life, disability and/or health insurance policies in California.

8. At all times herein mentioned, Plaintiff was a beneficiary under an insurance policy issued by NEW YORK LIFE known as policy numbers H3053466 and H2725361, which were issued on or around May 7, 1987 and October 15, 1988 respectively, and administered by Defendants, and each of them, and which were fully in force and effect at all times mentioned herein. Defendants, and each of them, agreed to pay the benefits of the policies in accordance with the provisions of these policies.

9. Upon all dates mentioned herein, all premiums due had been paid and Plaintiff had performed all of his obligations under the aforementioned policies. Defendants, and each of them, at all times mentioned herein knew or should have known that Plaintiff had performed all of his obligations under the policies.

10. On or around November 8, 2007, while the subject insurance policies were in full force and effect, Plaintiff became disabled by depression and submitted claims for benefits under the policies referenced herein.

11. Plaintiff made a proper and timely claim for the benefits due him under the aforementioned policies on or around November 8, 2007 and sought the payment of disability benefits through on or around June 5, 2008. Defendants, and each of them, at that time denied Plaintiff's entitlement to disability benefits for depression in their entirety stating Plaintiff was not disabled due to depression.

12. Plaintiff complied with all of the conditions precedent to receive the benefit under the terms and conditions of the policies from Defendants. Nevertheless, Defendants, and each of them, failed to pay Plaintiff's claim for benefits at that time.

13. Subsequent to said denial by Defendants, and each of them, Plaintiff made a full recovery from depression and returned to work on a full time employment contract with New England Financial and later John Hancock.

14. On or around April 4, 2011, while the subject insurance policies were in full force and effect, Plaintiff became disabled by a right knee and cardiac condition and submitted claims for benefits under the policies referenced herein.

15. Plaintiff made a proper and timely claim for the benefits due him under the aforementioned policies on or around April 4, 2011. Defendants, and each of them, approved a period of disability

1  from on or around November 21, 2011 to on or around June 21, 2013 due to Plaintiff's right knee
2  and cardiac condition.

3  16.  On or around July 24, 2013, Plaintiff was approved for disability benefits by the United
4  States Social Security Administration based on coronary artery disease, obesity, and personality
5  disorder conditions.

6  17.  On or around September 18, 2013, Defendants, and each of them, *sua sponte* reversed their
7  prior denial of benefits to Plaintiff and stated Plaintiff was continuously and totally disabled since
8  November 20, 2007 for depression. As a result of this reversal Defendants, and each of them,
9  canceled out the approval of benefits referenced above in Paragraph 15 thereby denying Plaintiff's
10 entitlement to a new and second period of disability benefits.

11 18.  Plaintiff complied with all of the conditions precedent to receive the benefit under the terms
12 and conditions of the policies from Defendants. Nevertheless, Defendants, and each of them, failed
13 to pay Plaintiff's claim for benefits to which he was entitled to under the plain language of said
14 policies.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION: BREACH OF INSURANCE CONTRACT

19.  Plaintiff hereby incorporates by reference paragraphs 1 through 18 above as if set forth in full herein.

20.  Defendants, and each of them, breached their obligation under their contracts with Plaintiff in that they refused to pay the disability benefits Plaintiff was entitled to under the plain language of the contracts.

### SECOND CAUSE OF ACTION: INSURER'S BAD FAITH BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

-4-
COMPLAINT FOR DAMAGES

21. Plaintiff hereby incorporates by reference paragraphs 1 through 20 above as if set forth in full herein.

22. At all times herein, Defendants, and each of them, knew, or in the exercise of good faith reasonably should have known, that Plaintiff was legally entitled to recover the benefits under the aforementioned insurance policies and that the Defendants, and each of them, were obligated to provide Plaintiff the benefits under the insurance policies.

23. Defendants, and each of them, further knew, or in the exercise of good faith reasonably should have known that the policies' benefits were due to Plaintiff. Defendants, and each of them, nevertheless, maliciously, intentionally, and oppressively conducted themselves willfully and wrongfully and refused, and failed, to pay the benefits of the policies to Plaintiff, despite the fact that the benefits under the policies were due and payable to Plaintiff and Plaintiff was entitled to the full benefits of the policies.

24. Defendants, and each of them, unreasonably failed to pay Plaintiff's claim for benefits under the policies. All acts of Defendants, and each of them, as herein alleged, were done with the prior approval of, with the knowledge of, and/or under the express direction or ratification of an officer, director, or managing agent of each and every other Defendant.

25. As a proximate result of Defendants' wrongful conduct described herein Plaintiff has been denied the receipt of his lawful insurance policies' benefits.

26. Defendants' actions in withholding and refusing to pay the policies' benefits was unreasonable and in bad faith.

27. Plaintiff is informed and believes, and thereon alleges that Defendants' actions were part of a practice of Defendants which is designed, among other things, to wrongfully withhold payment of claims with the intent of ignoring the interest of their insured.

- 5 -
COMPLAINT FOR DAMAGES

EXHIBIT A
19

28. As a direct and proximate result of Defendants' wrong conduct, as aforesaid, Plaintiff has sustained severe and serious injury including, but not limited to emotional and mental distress, anxiety, frustration, humiliation and indignity in a sum to be shown according to proof.

II. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

### FIRST CAUSE OF ACTION

A. Benefits due under the insurance policies;

B. Consequential damages in a sum according to proof;

C. For attorney fees in an amount to be shown according to proof;

D. For interest provided by law;

E. Costs of suit and for such other and further relief as the court deems proper.

### SECOND CAUSE OF ACTION

A. General damages in a sum according to proof;

B. Benefits due under the insurance policies;

C. Consequential damages in a sum according to proof;

D. Punitive damages in an amount to be shown according to proof;

E. For attorney fees in an amount to be shown according to proof;

F. For interest provided by law;

G. Costs of suit and for such other and further relief as the court deems proper.

Date: April 13, 2016

Respectfully submitted,

*/s/ John Robert Unruh*
John Robert Unruh
Attorney for MARVIN HORTON

- 6 -
COMPLAINT FOR DAMAGES

EXHIBIT A
20

**DEMAND FOR A JURY TRIAL**

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.

Dated: April 13, 2016

_____
John Robert Unruh
Attorney for MARVIN HORTON

-7-
COMPLAINT FOR DAMAGES

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John Robert Unruh SBN 254662<br>Law Office of John Robert Unruh<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>TELEPHONE NO.: 415-335-6417 FAX NO.:<br>ATTORNEY FOR *(Name)*: Marvin L. Horton | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**04/14/2016 at 04:04:54 PM**<br>Clerk of the Superior Court<br>By Jessica Pascual, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central

CASE NAME: Marvin L. Horton v. UNUM Group et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 37-2016-00012382-CU-BC-CTL<br>JUDGE: Judge Katherine Bacal<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify)*: (1) Breach of Insurance Contract; and (2) Bad Faith
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 13, 2016

John Robert Unruh
(TYPE OR PRINT NAME)

▶ /s/ JR Unruh
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** CEB | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**EXHIBIT A**

22

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 330 W Broadway | |
| MAILING ADDRESS: 330 W Broadway | |
| CITY AND ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME: Central | |
| TELEPHONE NUMBER: (619) 450-7059 | |
| PLAINTIFF(S) / PETITIONER(S): Marvin L Horton | |
| DEFENDANT(S) / RESPONDENT(S): UNUM Group et.al. | |
| HORTON VS UNUM GROUP [IMAGED] | |
| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2016-00012382-CU-BC-CTL |

**CASE ASSIGNMENT**

Judge: Katherine Bacal                                           Department: C-69

**COMPLAINT/PETITION FILED:** 04/14/2016

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 12/02/2016 | 10:00 am | C-69 | Katherine Bacal |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

---

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

**EXHIBIT A**

**23**